# MEMORANDUM DECISIONS.

**1**

Tom CURRY v. STATE. (No. 10914.) Court of Criminal Appeals of Texas. May 18, 1927. Appeal from District Court, McLennan County; Richard I. Munroe, Judge, J. W. Taylor, of Waco, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction of felony theft; punishment, two years in the penitentiary. There is no statement of facts nor bills of exception in the record. The indictment and charge of the court are in conformity with the law. The judgment will be affirmed.

MORROW, P. J., absent.

**2**

Sentell HARVEY v. STATE. (No. 10968.) Court of Criminal Appeals of Texas. May 18, 1927. Appeal from District Court, Rusk County; R. T. Brown, Judge. Futch & Cooper, of Henderson, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction for possessing intoxicating liquor for purposes of sale; punishment, two years and six months in the penitentiary. The indictment and charge of the court are in conformity with the law. No error appearing, the judgment will be affirmed.

MORROW, P. J., absent.

**3**

Russell JORDAN v. STATE. (No. 10973.) Court of Criminal Appeals of Texas. May 18, 1927. Appeal from District Court, Collin County; F. E. Wilcox, Judge. R. L. Mouldon, of McKinney, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant was convicted for selling intoxicating liquor, and his punishment assessed at confinement in the penitentiary for one year and six months. Appellant has filed with this court a request, supported by his affidavit, asking that his appeal be dismissed In compliance therewith, it is so ordered.

MORROW, P. J., absent.

**4**

Wynne WHATLEY v. STATE. (No. 10916.) Court of Criminal Appeals of Texas. May 18, 1927. Appeal from District Court, Young County; E. G. Thornton, Judge. Thos. G. Binkley, of Graham, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction for driving automobile while intoxicated; punishment, a fine of $100 and 30 days in the county jail. We find no statement of facts or bills of exception in

the record. The indictment sufficiently sets out the offense. No error appearing, the judgment will be affirmed.

MORROW, P. J., absent.

**5**

B. DRYER v. M. P. HIGNETT. (No. 2038.) Court of Civil Appeals of Texas. El Paso. May 12, 1927. Appeal from El Paso County Court, at Law; J. M. Deaver, Judge. John F. Wekks, of El Paso, for appellant. Paul D. Thomas, of El Paso, for appellee.

PELPHREY, J. Appellee sued appellant upon the latter's promissory note and recovered judgment. Appellant has filed no brief. The failure to brief the case authorizes this court of its own motion to dismiss the appeal (rule 38), or in its discretion it may examine the record for fundamental error. This latter course has been pursued. The record is short. We have examined the same, and find no error of the nature indicated. Indeed, it is apparent there is no error of any kind which would have called for reversal, had the case been briefed and the appeal properly prepared for submission and consideration. Affirmed.